**Opinion issued February 11, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-01020-CV

————————————

## BRANKA LUBAY, Appellant

## V.

## GARY WAYMIRE, Appellee

On Appeal from the 246th District Court
Harris County, Texas
Trial Court Case No. 2012-06071

## MEMORANDUM OPINION

On January 10, 2014, appellant, Branka Lubay, filed a "Notice of Nonsuit" stating that she "no longer desires to prosecute [this appeal]." We construe appellant's "Notice of Nonsuit" as a motion to dismiss this appeal. No prior opinion has issued in this appeal. Accordingly, we grant the motion and dismiss

the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Brown.